**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LUIS ATARIGUANA-BUELE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, PLYMOUTH CORRECTIONAL FACILITY, *et. al*,<br><br>Respondents. | Civil Action No. 26-cv-12168-LTS |

**STATUS REPORT PURSUANT TO DKT. NO. 25**

Respondents, by and through their counsel, Leah B. Foley, United States Attorney for the District of Massachusetts, herein file this status report, pursuant to the Court's Memorandum and Order dated June 25, 2026 (Dkt. No. 25).[1] In accordance with this Memorandum and Order, counsel for Respondents states as follows:

1. On June 25, 2026, this Court issued a Memorandum and Order (Dkt. No. 25) Ordering counsel for Respondents to orally meet with Immigration Judge Luciana Dubuc to review this Court's Memorandum and Order.
2. Given that counsel for Respondents in this Civil Action No. 26-12168-LTS does not represent the immigration judges, and the immigration judges are not a party to this case before this Court, a video conference was coordinated through the Immigration

[1] Per Immigration and Customs Enforcement agency counsel, the Petitioner was released at 11:48 a.m. on June 25, 2026, pursuant to the Court's Order. Dkt. No. 25.

Law Unit, Office of the General Counsel for the Executive Office for Immigration Review.

3. On Wednesday, July 1, 2026, Assistant United States Attorney Rayford A. Farquhar ("AUSA Farquhar") attended a video conference with Acting Assistant Chief Immigration Judge Angela Munson, Immigration Judge Luciana Dubuc (Immigration Judge Dubuc) and Alexander Payne, Attorney Advisor, Immigration Law Unit, Office of the General Counsel for the Executive Office for Immigration Review.

4. During this video conference AUSA Farquhar orally referenced portions of this Court's Order and confirmed that Immigration Judge Dubuc had received, reviewed and understood the requirements of this Court's June 25, 2026, Memorandum and Order, the underlying order requiring a bond hearing, and the First Circuit's decision in Hernandez-Lara.

5. AUSA Farquhar concluded the video conference by asking if Immigration Judge Dubuc had any questions regarding the Court's Memorandum and Order, and there were no questions asked.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 1, 2026

By: */s/ Vincent Engingro III*

VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 1, 2026 By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney